JOHN PAUL ROBINSON
TDC#1813931
MICHAEL UNIT
2664 FM 2054
TENNESSEE COLONY TEXAS
              75886

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 1 7 2015

Abel Acosta, Clerk

82,678-01

CCA No. WR-82,678-01
TRIAL COURT CASE No. W10-64197-L(A)

GREETINGS, ABEL ACOSTA,
      I WRITING IN REFRENCE TO MY CAS AS LISTED ABOVE, I HAVE GOTTEN NO MAIL SINCE I WAS ALERTED THAT MY CASE HAD BEEN REMANDED SEPT.18-2015. I DO NOT UNDERSTAND THE LETTER BECAUSE OF THE DATES ON IT, I DONT KNOW OF ITS A MISSPRINT OR WHAT BUT ITS STATING THAT SOMETHING TOOK PLACE JUNE, 11-2015,.AS WELL AS FEBRUARY 11,2015.WHAT EVER HAS TAKEN PLACE I HAVE NOT BEEN MADE AWHARE OF, PLEASE HELP ME IF YOU CAN, ALSO IS IT POSSIBLE THAT I BE APPOINTED A SUB.COUNCIL, I HAVE NO IDEA WHAT TO DO WHEN IT COMES TO LEAGL WORK AND I HAVE NO FUNDS TO HIGHER A LAWYER.

                    RESP)CTFULLY SUBMITTED 1813931

                         JOHN PAUL ROBINSON

              M

PG. 1 of 1